UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

ROBERT F. KENNEDY CENTER FOR
JUSTICE AND HUMAN RIGHTS, ET AL.,           20-cv-2002 (JGK)

           Plaintiffs,                    ORDER

    - against -

MICHAEL R. POMPEO, ET AL.,

           Defendants.
―――――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held on December 17, 2020, the parties should submit a letter by December 22, 2020, with a proposed schedule for supplemental briefing on the issue of mootness and a proposed date for oral argument.

SO ORDERED.

Dated:    New York, New York
          December 17, 2020

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge