UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ROBERT F. KENNEDY CENTER FOR
JUSTICE AND HUMAN RIGHTS, ET AL.,        20-cv-2002 (JGK)

            Plaintiffs,            ORDER

    - against -

ANTHONY BLINKEN, ET AL.,[1]

            Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the oral argument held on February 17, 2021, the defendants' to motion to dismiss is granted.  The case is dismissed without prejudice as moot.  The Clerk is directed to close all pending motions and to close this case.

SO ORDERED.

Dated:    New York, New York
          February 17, 2021

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                            United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of State Anthony Blinken and State Department Direct of Policy Planning Salman Ahmed have been automatically substituted for former Secretary of State Michael Pompeo and former Director of Policy Planning Peter Berkowitz.